UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WYONIA COX,

Plaintiff,

v.

ACTION FINANCIAL SERVICES, LLC,

Defendant.

_____/

Case No. 20-cv-10260

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER DENYING MOTION FOR WITHDRAWAL OF ATTORNEY [#25] AND GRANTING MOTION TO EXTEND [#27]

Presently before the Court is the Plaintiff's counsel's Motion for Withdrawal of Attorney, filed on March 24, 2021. Also, before the Court is the Plaintiff's Motion to Extend Discovery, filed on April 23, 2021. Plaintiff's counsel advised the Court that he was experiencing difficulty reaching his client, therefore he could not effectively represent Plaintiff without her active participation in this case. A hearing on counsel's Motion to Withdraw was held on April 28, 2021. Counsel for both parties appeared at the hearing. Despite being provided notice from the Court and her attorney, Plaintiff failed to appear for the scheduled hearing.

After the April 28, 2021 hearing, the Court's clerk was contacted by Plaintiff's counsel, who indicated the Plaintiff reached out to him and expressed

her intent to continue with counsel's representation and to participate in the discovery process.  Accordingly, counsel requested the Court deny his motion to withdraw.

In light of Plaintiff's intent to proceed with this matter and cooperate with the completion of discovery, the Court finds good cause exists for denying counsel's request to withdraw and for permitting a 30-day extension to the discovery cutoff in this matter.  Accordingly, Plaintiff's Motion for Withdrawal of Attorney [#25] is DENIED. Plaintiff's Motion to Extend [#27] is GRANTED. Discovery cutoff is extended from April 24, 2021 to May 24, 2021.  All remaining dates in this Court's September 4, 2020 Scheduling Order shall remain in effect. *See* ECF No. 16.

SO ORDERED.

Dated:  May 5, 2021                              /s/Gershwin A. Drain
                                                GERSHWIN A. DRAIN
                                                United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 5, 2021, by electronic and/or ordinary mail.

/s/ Teresa McGovern
Case Manager