UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Wyonia Cox,

                Plaintiff(s),

v.                                    Case No. 2:20−cv−10260−GAD−DRG
                                    Hon. Gershwin A. Drain

Action Financial Services, LLC,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 761, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: October 13, 2021 at 03:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/T McGovern
                                                  Case Manager

Dated: October 5, 2021