UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WYONIA COX,<br><br>   Plaintiff,<br><br>v.<br><br>ACTION FINANCIAL SERVICES, LLC,<br><br>   Defendant. | Case No. 2:20-cv-10260-GAD-DRG<br><br>Honorable Judge Gershwin A. Drain |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, WYONIA COX, and the Defendant, ACTION FINANCIAL SERVICES, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 7, 2021

WYONIA COX

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

Respectfully Submitted,

ACTION FINANCIAL SERVICES, LLC

*/s/ Eugene X. Martin (with consent)*
Eugene X. Martin, Esq.
Malone Frost Martin PLLC
8750 N. Central Expressway
Dallas, TX 75231
Phone: (214) 346-2631
xmartin@mamlaw.com
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WYONIA COX,<br><br>　Plaintiff,<br><br>v.<br><br>ACTION FINANCIAL SERVICES, LLC,<br><br>　Defendant. | Case No. 2:20-cv-10260-GAD-DRG<br><br>Honorable Judge Gershwin A. Drain |

**ORDER**

This cause coming before the Court on the Stipulation of Dismissal and the Court being fully advised of the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. The above captioned case is dismissed with prejudice.
2. Each party shall bear its own costs and attorney fees.

Dated: 10/13/2021                               s/Gershwin A. Drain
                                                United States District Judge